TDCJ Offender Details

34,448 -11

 

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**   TDCJ Home   New Offender Search

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 04733994 |
| **TDCJ Number:** | 00668763 |
| **Name:** | SUAREZ,CLEMENTE |
| **Race:** | H |
| **Gender:** | M |
| **DOB:** | 1945-05-28 |
| **Maximum Sentence Date:** | 2048-06-21 |
| **Current Facility:** | HOSPITAL-GALV |
| **Projected Release Date:** | 2048-06-21 |
| **Parole Eligibility Date:** | 2007-03-23 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

## Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1992-10-09 | MURDER | 1993-06-24 | TOM GREEN | CR92-0713-A | 55-00-00 |